UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DONALD PERKINS | : | NO.: 3:16cv00738 (JAM) |
| | : | |
| v. | : | |
| | : | |
| BORGWARNER MORSE TEC, INC., | : | |
| ET AL | : | JANUARY 25, 2017 |

### VOLVO GROUP NORTH AMERICA, LLC'S RESPONSE TO PLAINTIFF'S NOTICE OF COMPLIANCE

As required by Court Order [Doc. 84] of January 24, 2017, the defendant, Volvo Group North America, LLC ("VGNA"), hereby responds to the plaintiff's Notice of Compliance [Doc. 83] of January 24, 2017.

The undersigned counsel received a demand from plaintiff's counsel, Attorney Melissa Riley, directed towards VGNA on January 24, 2017.

The undersigned previously notified plaintiff's counsel, on January 9, 2017, that since the plaintiff has produced no evidence that Mr. Perkins ever worked on any VGNA truck, or any other vehicle for which VGNA is liable as a corporate successor, VGNA will not pay to settle this case.  In fact, the undersigned counsel has been requesting, for the last 11 months, that the plaintiff's claims against VGNA be

withdrawn or dismissed.  Documentation supporting this request was provided to plaintiff's firm as early as February 29, 2016.

                DEFENDANT,
                VOLVO GROUP NORTH AMERICA, LLC


                By   /s/ Christopher M. Vossler
                Christopher M. Vossler
                ct00373
                Howd & Ludorf, LLC
                65 Wethersfield Avenue
                Hartford, CT  06114-1121
                (860) 249-1361
                (860) 249-7665 (Fax)
                E-Mail:  cvossler@hl-law.com

## **CERTIFICATION**

      This is to certify that on January 25, 2017, a copy of the foregoing Response to Plaintiff's Notice of Compliance was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

                                                        __  /s/ Christopher M. Vossler  _  __
                                                        Christopher M. Vossler