UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DONALD PERKINS | : | NO.: 3:16cv00738 (JAM) |
| | : | |
| v. | : | |
| | : | |
| BORGWARNER MORSE TEC, INC., | : | |
| ET AL | : | FEBRUARY 8, 2017 |

## **STIPULATION OF DISMISSAL**

      Pursuant to Fed.R.Civ.P. 41(a)(1), the plaintiff, Donald Perkins, and the defendant, Volvo Group North America, LLC, hereby jointly stipulate to a dismissal of all claims against the defendant, Volvo Group North America, LLC only, with prejudice and without costs. The above-captioned action shall remain pending against all other parties.

| | |
|---|---|
| PLAINTIFF, | DEFENDANT, |
| DONALD PERKINS | VOLVO GROUP NORTH AMERICA, LLC |
| | |
| ____/s/ Melissa M. Riley_____ | ___/s/ Christopher M. Vossler____ |
| Melissa M. Riley (ct18813) | Christopher M. Vossler (ct00373) |
| Embry & Neusner | John J. Bogdanski (ct06217) |
| P.O. Box 1409 | Daniel G. Lydecker (ct28224) |
| Groton, CT 06340 | Howd & Ludorf, LLC |
| 860-449-0341 | 65 Wethersfield Avenue |
| 860 449-9070 (Fax) | Hartford, CT 06114-1121 |
| mriley@embryneusner.com | 860 249-1361 |
| | 860 249-7665 (Fax) |
| | cvossler@hl-law.com |

**CERTIFICATION**

      This is to certify that on February 8, 2017, a copy of the foregoing Stipulation of Dismissal was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

                              /s/ Christopher M. Vossler
                              Christopher M. Vossler