UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| DONALD PERKINS<br>                    Plaintiff,<br>     v.<br><br>BORGWARNER MORSE TEC, INC., AS<br>A SUCCESSOR IN INTEREST TO<br>BORG WARNER COMPANY, ET AL<br>                    Defendants. | CIVIL ACTION NO.<br>3:16-cv-00738 (JAM)<br><br><br><br><br><br>MARCH 10, 2017 |

**MOTION FOR SUMMARY JUDGMENT OF TMS INTERNATIONAL CORPORATION F/K/A TUBE CITY IMS CORPORATION INCORRECTLY SUED AS THE SUCCESSOR-IN-INTEREST TO WHITE MOTOR CORPORATION**

Pursuant to Federal Rule of Civil Procedure 56 and Local Rules 7 and 56, the defendant, TMS International Corporation f/k/a Tube City IMS Corporation incorrectly sued as the Successor-In-Interest to White Motor Corporation, (hereinafter referred to as "TMS International"), hereby respectfully moves this Court to enter summary judgment in its favor as to all counts of the plaintiff Donald Perkins' April 18, 2016 First Amended Complaint. As set forth more fully in its memorandum of law in support of this motion for summary judgment, there are no issues of material fact and TMS International is entitled to judgment as a matter of law because: (1) all of White Motor Corporation's product liabilities were discharged by the United States Bankruptcy Court for the Northern District of Ohio's November, 1983 confirmation of White Motor Corporation's Plan of Reorganization under Chapter 11 of the Bankruptcy Code; (2) lawsuits arising from White Motor Corporation's products may not be asserted against any alleged successors because the exclusive remedy for post-petition claims

regarding White Motor Corporation's products is set forth in the Plan of Reorganization; and (3) subsequent to the United States Bankruptcy Court for the Northern District of Ohio's November, 1983 confirmation of White Motor Corporation's Plan of Reorganization, none of the successors or purported successors to White Motor Corporation, including Northeast Ohio Axle Inc., NEOAX, Inc., Envirosource, Inc., Tube City IMS Company, or TMS International designed, manufactured, distributed or sold heavy trucks under any name.

WHEREFORE, TMS International respectfully requests this Court to enter summary judgment in its favor as to all Counts against it.

| | |
|---|---|
| Dated: Hartford, Connecticut<br>March 10, 2017 | Respectfully submitted,<br>Defendant: TMS International Corporation, f/k/a Tube City IMS Corporation, incorrectly sued as the successor-in-interest to White Motor Corporation<br><br>  /S/ Christopher J. Lynch<br>Christopher J. Lynch, Esq.<br>Federal Bar No. ct07308<br>LeClairRyan, A Professional Corp.<br>Attorneys for Defendants<br>One Financial Plaza<br>755 Main Street, Suite 2000<br>Hartford, Connecticut 06103<br>(860) 656-1935 Direct<br>(860) 656-1985 Fax<br>Christopher.Lynch@leclairryan.com |

## **CERTIFICATION**

      I hereby certify that on March 10th, 2017, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

      /S/Christopher J. Lynch
      Christopher J. Lynch ct07308