# Exhibit E

## PRODUCT LIABILITY INDEMNIFICATION AGREEMENT

Agreement made June 15, 1983 as of and effective the 1st day of May, 1983 by and between White Motor Corporation, an Ohio corporation ("WMC") and Volvo North America Corporation, a Delaware corporation ("VNA").

### WITNESSETH:

In consideration of the premises and other good and valuable consideration, the parties hereby agree:

VNA will pay on behalf of WMC all sums which WMC shall become legally obligated to pay as damages because of personal injury or property damage from accidents occurring during the period commencing May 1, 1983 and ending December 31, 1992 (or the earlier date provided below), and caused by a defect in the design, materials or workmanship of a WHITE or AUTOCAR heavy duty (Class 7 or Class 8) highway tractor or truck assembled in the United States by WMC's Truck Division any time prior to September 1, 1981. VNA shall have the right and duty to defend any suit against WMC seeking damages on account of such injury or damage, even if any of the allegations of the suit are groundless, false or fraudulent, and may make such investigation and settlement of any claim or suit as it deems expedient, but VNA shall not be obligated to pay any claim or judgment or to defend any suit after the applicable limit of VNA's liability has been exhausted by payment of judgments or settlements.

The aggregate limit of VNA's liability under the agreement during the term of this agreement shall be Fifty Million Dollars ($50,000,000). VNA's liability shall also be subject to the annual limits set forth below:

| CALENDAR YEAR | MAXIMUM LIABILITY |
|---|---|
| 1983 | $15,000,000 |
| 1984 | 15,000,000 |
| 1985 | 15,000,000 |
| 1986 | 13,000,000 |
| 1987 | 11,000,000 |
| 1988 | 9,000,000 |
| 1989 | 7,000,000 |
| 1990 | 5,000,000 |
| 1991 | 5,000,000 |
| 1992 | 5,000,000 |
| 1993 and beyond | -0- |

This agreement does not apply to:

1. Injury or damage arising out of or resulting from the willful violation of a statute or ordinance committed with the knowledge or consent of WMC.

2. Injury or damage arising out of any act committed by WMC with actual malice.

In the event of any payment under this agreement, VWA shall be subrogated to all WMC's rights of recovery therefor against any person or organization, and WMC shall execute and deliver instruments and papers and do whatever else is necessary to secure such rights. WMC shall do nothing after any accident to prejudice such rights.

In the event of injury or damage covered by this Agreement, written notice containing information with respect to the time, place and circumstances of the accident and the names and addresses of the injured party and available witnesses, shall be given to VWA by or for WMC as soon as practicable. If claim is made or suit is brought against WMC, it shall immediately forward to VWA every demand, notice, summons or other process received by it or its representative. VWA shall at all times control and direct all litigation and settlement negotiations. WMC shall cooperate with VWA and, upon VWA's request, assist in making settlements, in the conduct of suits and in enforcing any right of contribution or indemnity against any person or organization who may be liable to WMC because of injury or damage with respect to which coverage is afforded under this agreement; and WMC shall assist in securing and giving evidence and obtaining the attendance of witnesses. WMC shall not, except at its own cost, voluntarily make any payment, assume any obligation or incur any expense with respect to any injury or damage covered by this agreement.

If the United States Bankruptcy Court for the Northern District of Ohio does not enter by August 31, 1983 an order approving an Agreement Regarding Purchase Price and Other Matters dated June 16, 1983 among AB Volvo, Volvo White Truck Corporation and WMC, the indemnification provided above will not apply to any accidents occurring after 11:59 P.M., Newark, New Jersey time on August 31, 1983. If that order is entered, but is reversed on appeal, the indemnification provided above will not apply to any accidents occurring after 11:59 P.M., Newark, New Jersey time on the last day of the calendar month during which the appellate order becomes final and no longer appealable.

This agreement shall be governed by the laws of the State of New Jersey.

The benefits of this agreement shall extend to any person or entity (including the estate of WMC and any trust that assumes obligations of that estate) that assumes or succeeds to the obligations and liabilities of WMC described in this agreement.

-2-

IN WITNESS WHEREOF the parties have caused this agreement to be executed effective the date first above written.

| WHITE MOTOR CORPORATION | VOLVO NORTH AMERICA CORPORATION |
|---|---|
| By _____ | By _____ |
| | Sr VP Finance |

-3-